# EXHIBIT A

Invoice



L'ETOILE ROYALE
The Most Exquisite Jewels & Antiques
784 Madison Avenue
New York, NY 10065

(212) 752-1706   Fax (212) 752-1758
letoileroyale@aol.com

INV. I.   **INVOICE**

DATE OF INVOICE: NOV. 11-2014

TO: HIGHNESS SHEIKH HAMAD AL-THANI
QIPCO  P.O.BOX 8612
DOHA, QATAR

| ACCOUNTING | DATE SHIPPED | SHIPPED VIA | COL PP | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|
| NO TAX | USA TAX EXAPTION | | | | WIRE | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANTIQUE DIAMOND BALL EARINGS with FRENCH Assar Mark | $875,000 | $875,000.00 |