# EXHIBIT B

Downer Report

**MARTYN DOWNER WORKS OF ART**

TO WHOM IT MAY CONCERN

**Pair diamond spherical ear pendants**

Each designed as a sphere pave-set throughout with cushion-shaped diamonds and mounted towards the front with a larger rose cut diamond, supported on diamond cluster surmounts set with a rose-cut diamond within a border of smaller cushion-shaped diamonds. Mounted in silver and gold. Modern.

In my opinion these diamond ear pendants are of modern manufacture in an antique style using cushion-shaped diamonds recovered from antique jewels. I would date their manufacture to the early 21st century. The larger rose-cut stones with polished girdles appear of recent, probably Far Eastern production. The use of large rose-cut diamonds with cushion-shaped stones is not consistent with European jewellery designs of the 19th century. The design of the ear pendants is contemporary and not antique.

Martyn Downer F.G.A.

12 April 2019

Puttock's End • Anstey • Buntingford • Hertfordshire SG9 0DG
Telephone: 01279 777334 • Mobile: 07708 667448 • www.martyndowner.com • martyn@martyndowner.com
VAT No. 919 6600 07