**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QATAR DEVELOPMENT AND PROJECTS
DEVELOPMENT HOLDING COMPANY,
W.L.L.,

                      Plaintiff,

                      20 **CIVIL** 9413 (PKC)

       -against-               **DEFAULT JUDGMENT**

L'ETOILE ROYALE, INC. and L'ETOILE
ROYALE, LLC,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated July 29, 2021, Plaintiff's motion for entry of default judgment is granted; judgment is entered for plaintiff in the amount of $875,000 and the case is closed.

**DATED**: New York, New York
          July 30, 2021

                                          **RUBY J. KRAJICK**

                                            **Clerk of Court**

**BY**: _____

                                            **Deputy Clerk**